UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK LANDON

    Plaintiff,

v.                            CASE NO. 8:15-CV-2272-CEH-JSS

CITY OF NORTH PORT, KEVIN VESPIA, in his Official Capacity as Chief of Police of North Port Police Department, and KEITH BUSH, individually,

    Defendants.
_____/

## **STIPULATION FOR DISMISSAL**

The parties to this action, by and through their undersigned counsel, stipulate that the differences between all parties herein have been completely resolved to their mutual satisfaction, and respectfully move that this cause be dismissed with prejudice to all parties. The parties further stipulate that each party is to bear its own costs and attorney's fees, and they further stipulate that all liens and subrogated interests, if any, shall be satisfied by the Plaintiff.

| MORAN, SANCHY & ASSOCIATES | HENDERSON, FRANKLIN, STARNES & HOLT |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2197 Ringling Blvd. | Post Office Box 280 |
| Sarasota, FL 34237 | Fort Myers, Florida 33902-0280 |
| donrcahall@gmail.com | 239.344.1346 (telephone) |
| moransanchylaw@gmail.com | 239.344.1501 (facsimile) |
| jjsanchy@moransanchylaw.com | Primary: robert.shearman@henlaw.com |
| 941.366.1800 (telephone) | Secondary: courtney.ward@henlaw.com |
| 941.954.7101 (facsimile) | |
| | |
| By: /s/ Jerome J. Sanchy | By: Robert C. Shearman |
|     Jerome J. Sanchy |     Robert C. Shearman |
|     Florida Bar No. 240397 |     Florida Bar No. 614025 |